# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                    Case No.    11-66258
Douglas M. Krueger                        Chapter     13
Frances A. Krueger                        Judge       mcIvor

                          Debtor(s)

_____/

## AFFIDAVIT OF NO 11 USC 521 INCOME

**NOW COMES** Frances A. Krueger and states and affirms that she has not received payment advices or other evidence of payment within sixty (60) days before the date of the filing of the petition in the above titled case.

Date: 10/4/11

_____
Frances A. Krueger

*Subscribed and Sworn before me*
*This 4 day of October, 2011.*

_____
*Notary Public*
_____ *County*
*My Commission Expires:* _____

K. RAE DAHN
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Feb 27, 2012
ACTING IN COUNTY OF Oakland